UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-cr-00330-SEB-MJD |
| MICHAEL ALLEN INGRAM, | ) ) | -01 |
| Defendant. | ) ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for January 26, 2023**

On this date, Defendant appeared in person, together with appointed counsel Doneaka Rucker-Brooks, and the Government appeared by AUSA Kyle M. Sawa, together with the investigative agents, Nathan Schmidt and Derek Cress, for a change of plea and sentencing hearing. La Tia Dowdell appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The Defendant was advised of his rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Counts 1, 2 & 4 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts 1, 2, & 4 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

  Incarceration:  360 months for Count 1 & 2; to run concurrently; 120 months for Count 4 to run consecutively for a total of 480 months

        Supervised Release: life for all counts to run concurrently
        Fine:  $0.00
        AVA Assessment:  $3,000.00
        Special Assessment: $300.00.

- The Government will move to dismiss Count 5.

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Doneaka Rucker-Brooks
LAW OFFICE OF DONEAKA BROOKS
doneakabrooks@yahoo.com

Kyle M. Sawa
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kyle.sawa@usdoj.gov